UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **BARRY LANE JACKSON** | * | **CIVIL ACTION NO. 13-0555** |
| **VERSUS** | * | **JUDGE JAMES T. TRIMBLE, JR.** |
| **JEAN BOSCO NGABONZIZA, ET AL** | * | **MAG. JUDGE KAREN L. HAYES** |

## MEMORANDUM RULING AND TRIAL FIXING ORDER

Before the court is defendant's motion for reconsideration of the order remanding this matter to state court. [Doc. No. 13].  Plaintiff's counsel stated that he does not object to the motion, nor contest the accuracy of the factual averments made therein.  The new factual averments show that plaintiff is seeking general damages well in excess of the jurisdictional amount; therefore, the motion for reconsideration is **GRANTED; the court finds that the amount in controversy requirement has been met; and the Judgment  remanding this matter to State court is hereby VACATED and withdrawn.**[1]

Next, the court notes that a copy of Judge Trimble's Standing Order Governing Pretrial Procedure has not yet been filed in the record herein. The Clerks' Office is therefore ordered to attach a copy of same to this order.

Finally, pursuant to the telephone scheduling conference held this day between court and counsel,

---

[1] The court notes that defendants could have avoided the adverse ruling in the first place simply by requesting leave to conduct discovery limited to the amount in controversy prior to responding to the court's order questioning same.

IT IS ORDERED that the 2 day JURY trial in this matter is hereby fixed for September 22, 2014, beginning at 9:30 a.m. before United States District Judge James T. Trimble, Jr. in the 2nd Floor Courtroom of the United States Courthouse, 201 Jackson Street, Monroe, Louisiana.

**The parties are cautioned that no motion for continuance will be granted absent a showing of good cause.**  Neither the fact that the parties are not prepared for trial nor the fact that all parties agree to a continuance will be considered as constituting good cause.

THUS DONE AND SIGNED, Monroe, Louisiana, this 29th day of May, 2013.

_____
KAREN L. HAYES
U. S. MAGISTRATE JUDGE

[30 min.]